**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Mike RODRIGUEZ, III, Defendant–**
**Appellant.**

**No. 06–51470**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Phil Martinez, Law Office of Phil Martinez, Waco, TX, for Defendant–Appellant.

UNITED STATES of America, Plaintiff–Appellee

v.

Tracy Donnell BOGARD, Defendant–Appellant.

No. 06–51393

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2007.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Mike Rodriguez, III, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has filed a response. The record is insufficiently developed to allow consideration at this time of Rodriguez's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Rodriguez's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.